# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LESLIE S. PRUITT, | ) |
| Plaintiff, | ) |
| v. | ) CV418-015 |
| DANIEL McDADE, *et al.*, | ) |
| Defendants. | ) |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 2:35 pm, Jan 17, 2018

## ORDER

Leslie Pruitt, a prisoner housed at Telfair State Prison in Telfair County, Georgia, is alleging constitutional violations arising from his incarceration. Doc. 1; *see* Georgia Department of Corrections Inmate Locator, http://www.dcor.state.ga.us/ GDC/OffenderQuery/. His Complaint was erroneously filed in the Savannah division of this district; it should have been filed in the Dublin division. *See* 28 U.S.C. § 90(c). The case is therefore **TRANSFERRED** to the Dublin division for all further proceedings.

**SO ORDERED,** this __17th__ day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA